670 A.2d 1151

Linda S. KAISER, Acting Insurance Commissioner of the Commonwealth of Pennsylvania, in her capacity as Statutory Liquidator of World Life and Health Insurance of PA., Appellee,

v.

COGEN, SKLAR and LEVICK.

No. 88 Middle District Appeal Docket 1995.

Supreme Court of Pennsylvania.

Feb. 12, 1996.

## ORDER

PER CURIAM.

AND NOW, this 12th day of FEBRUARY, 1996, the appeal is hereby quashed. Appellee's Motion to Quash Appeal is dismissed as moot.

670 A.2d 1151

In re Robert P. HORGOS, Judge of the Court of Common Pleas, Fifth Judicial District, Allegheny County.

Appeal of JUDICIAL CONDUCT BOARD.

No. 94 Middle District Appeal Docket 1995.

Supreme Court of Pennsylvania.

Feb. 12, 1996.

## ORDER

PER CURIAM.

AND NOW, this 12th day of FEBRUARY, 1996, the instant appeal is quashed, as post-trial objections under C.J.D.R.P., Rule 503 are pending before the Court of Judicial Discipline.